**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

David Vipond,

        Plaintiff,

  v.

David DeGroat, in his official
capacity as Judge of White Earth
Tribal Court, and Dustin Roy, in
his official capacity as Director of
Natural Resources, White Earth
Division of Natural Resources,

        Defendants.

Case No. 24-cv-03125

**NOTICE OF CONCLUSION
OF TRIBAL COURT
PROCEEDINGS**

---

Pursuant to this Court's Order dated May 8, 2026 (ECF No. 63), Plaintiff David Vipond, by and through counsel, hereby files this Notice to inform the Court of the conclusion of proceedings in the White Earth Tribal Court.

1. On May 8, 2026, this Court entered an Order staying this action pending the completion of litigation in the White Earth Tribal Court and directing the parties to file a notice on the docket within seven (7) days of the conclusion of those proceedings.

2. On July 27, 2026, the White Earth Tribal Court of Appeals issued its final decision in *White Earth Division of Natural Resources v. Vipond*, File No. AP2025-0003, completely resolving all pending matters in the tribal court system. A true and correct copy of the final decision is

attached hereto as **Exhibit A**. The parties were served a copy of the decision by tribal court administration on July 28, 2026.

3. Consequently, all tribal court remedies have now been fully exhausted in accordance with *National Farmers Union Insurance Cos. v. Crow Tribe of Indians*, 471 U.S. 845 (1985).

4. Within fourteen (14) days of this filing, Plaintiff intends to file a Motion to Lift Stay and Reopen Case to resume adjudication of Plaintiff's federal claims regarding the tribal court's jurisdiction.

5. Plaintiff will also move to amend his Complaint to more completely reflect the issues of law and fact now that the tribal court proceedings have been exhausted.

6. Plaintiff seeks the Court's guidance on whether the Court would prefer to schedule a Rule 16 status conference prior to the submission of formal motions, or otherwise issue a scheduling order. A status conference would allow the Court to indicate its preferred procedural framework and briefing schedule for reviewing the White Earth Tribal Court's decision under *National Farmers*.

Respectfully submitted,

**NOLAN, THOMPSON, LEIGHTON & TATARYN, PLC**

Dated: <u>August 3, 2026</u>          By: <u>*s/ Randy V. Thompson*</u>

Randy V. Thompson (#122506)
Courtney E. Carter (#390284)
12301 Whitewater Drive, Suite 80
Minnetonka, Minnesota 55343
Tel: (952) 405-7171
Email: rthompson@nmtlaw.com
Email: ccarter@nmtlaw.com

**HANSON & LIEBL LAW OFFICE, P.C.**

By: <u>*s/ Levi Liebl*</u>

Levi Liebl (#0402573)
P.O. Box 340
Mahnomen, MN 56557
Tel: (218) 935-2266
Email:  levi@mahnomenlaw.com

*Attorneys for Plaintiff David Vipond*